UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VEKUH RUKORO et al.,
                        Plaintiffs,

      -against-                                      17 **CIVIL** 62 (LTS)

**JUDGMENT**

FEDERAL REPUBLI OF GERMANY,
                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 6, 2019, Germany's motion to dismiss the Amended Complaint is granted and Plaintiffs' motion for leave to file a supplemental declaration or a Second Amended Complaint is denied; the Amended Complaint is dismissed for lack of subject matter jurisdiction and this case is closed.

**Dated:** New York, New York
          March 11, 2019

                                              **RUBY J. KRAJICK**
                                                   Clerk of Court
                                      BY:
                                                      Deputy Clerk

                                               THIS DOCUMENT WAS ENTERED
                                               ON THE DOCKET ON 3/11/2019