UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────x

| | |
|---|---|
| VEKUII RUKORO, Paramount Chief of the Ovaherero People and Representative of the Ovaherero Traditional Authority; JOHANNES ISAACK, Chief and Chairman of the Nama Traditional Authorities Association; THE ASSOCIATION OF THE OVAHERERO GENOCIDE IN THE USA INC.; and BARNABAS VERAA KATUUO, Individually and as an Officer of The Association of the Ovaherero  Genocide in the USA, Inc., on behalf of themselves and all other Ovaherero and Nama indigenous peoples, | Civ. No. 17-00062 (LTS) <br><br> AMENDED <br> NOTICE OF APPEAL |

                              Plaintiffs,

    -against-

FEDERAL REPUBLIC OF GERMANY,
                          Defendant.
─────────────────────────────────────────x

      AMENDED NOTICE is hereby given that the above-captioned Plaintiffs, on behalf of themselves and all members and descendants of the Ovaherero and Nama peoples, hereby appeal to the United States Court of Appeals for the Second Circuit from (a) the District Court's Opinion and Order dated and entered on March 6, 2019 (Doc. 64), and (b) the Judgment dated and entered on March 11, 2019 dismissing the Amended Complaint for lack of subject matter jurisdiction (Doc. 66).

Dated: New York, New York
         March 12, 2019

                                              McCALLION & ASSOCIATES LLP

                                              /s/ *Kenneth F. McCallion*

                                              _____

                                              By: Kenneth F. McCallion (KFM 1591)
                                              Professor Richard H. Weisberg, *Of Counsel*

Arthur A. Burkle, Esq., *Of Counsel*
100 Park Avenue – 16th floor
New York, New York 10017
(646) 366-0884

HOLMAN LAW, P.C.
Thomas A. Holman
Meaghan G. Glibowski
99 Park Avenue, Suite 2600
New York, New York 10016
(212) 481-1336

RODAL LAW, P.A.
Yechezkel Rodal
3201 Griffin Road, Suite 203
Dania Beach, FL 33312
(954) 367-5308

Attorneys for Plaintiffs